UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER T. MORTIN, JR

Vs.                                                                 C.A. No.: 15-49W

PROGRESSIVE INSURANCE, alias PROGRESSIVE
DIRECT INSURANCE, and NGM INSURANCE, alias
NATIONAL GRANGE MUTUAL INSURANCE,
alias MAIN STREET INSURANCE COMPANY
and DOES1-10

## STIPULATION

The Defendant Progressive Insurance, alias Progressive Direct Insurance, (only) is dismissed from this action with prejudice. This Stipulation does not apply to the Defendant MGM Insurance, alias National Grange Mutual Insurance, alias Main Street Insurance Company, alias MGM Insurance Company.

                                                                Defendant,
                                                                Christopher T. Mortin, Jr.
                                                                By his Attorney,

                                                                /s/James P. Howe
                                                                James P. Howe Bar (# 2716)
                                                                4879 Tower Hill Road
                                                                Wakefield, RI 02879
                                                                (401) 788-0600 tel.
                                                                (401) 788-0605 fax

## CERTIFICATION

I hereby certify that on the ____ day of July, 2015 in accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States District Court for the District of Rhode Island, the foregoing document was filed through the ECF system and was sent electronically to all counsel.

                                                                /s/James P. Howe
                                                                James P. Howe