UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER T. MORTIN, JR

Vs.　　　　　　　　　　　　　　　　　　　　　　C.A. No. 15-49M

PROGRESSIVE INSURANCE, alias PROGRESSIVE
DIRECT INSURANCE, and NGM INSURANCE, alias
NATIONAL GRANGE MUTUAL INSURANCE,
Alias MAIN STREET INSURANCE COMPANY
And DOES1-10

## DISMISSAL STIPULATION WITH PREJUDICE

　　The parties, by and through their counsel, hereby agree that all claims, raised in this matter are hereby dismissed with prejudice, no interest, no costs, and no attorney's fees.

Plaintiff,
Christopher Mortin,
By his attorney,

 /s/ James P. Howe
James P. Howe (#2716)
South County Commons Way, C6
Wakefield, RI 02897
(401) 788-0600
(401)788-0605 fax
jph@jamesphowe.com

Date: 7/26/2016

Defendant,
NGM Insurance Company,
By its attorney,

*Faith A. LaSalle*
Faith A. La Salle, (#2212)
La Salle & Kelleher, P.C.
One Turks Head Place, Suite 450
Providence, RI 02903
(401) 421-8080
(401) 421-0677 fax
*flasalle@lasallekelleher.com*

Date: 7/26/2016

## **CERTIFICATION**

In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States District Court for the District of Rhode Island, I, Faith A. LaSalle, hereby certify that the foregoing Dismissal Stipulation with Prejudice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies will be sent to those indicated as non-registered participants by first class mail on July 26, 2016.

                                                                                  /s/ Faith LaSalle